1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   MATTHEW HUGHES,                 )  CASE NO. CV 06-4675-GHK (PJW)
                                     )
11              Petitioner,          )
                                     )  ORDER ACCEPTING REPORT AND
12        v.                         )  ADOPTING FINDINGS, CONCLUSIONS,
                                     )  AND RECOMMENDATIONS OF UNITED
13   BEN CURRY, WARDEN,              )  STATES MAGISTRATE JUDGE
                                     )
14              Respondent.          )
     _____)

15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

17   the records on file, and the Report and Recommendation of United

18   States Magistrate Judge.  No objections to the Report and

19   Recommendation have been filed.  The Court accepts the Magistrate

20   Judge's Report and adopts it as its own findings and conclusions.

21

22        DATED:      July 17, 2009     .

23

24                                    _____

25                                    GEORGE H. KING
                                      UNITED STATES DISTRICT JUDGE

26

27

28   C:\Temp\notesFFF692\CV 06-4675 (PJW) Order accep r&r.wpd