UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW HUGHES, | ) | CASE NO. CV 06-4675-GHK (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| BEN CURRY, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   July 17, 2009 .

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\CV 06-4675 (PJW) Judgment.wpd